# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Roberto Albergo,
          Plaintiff

        **V.**                    **JUDGMENT IN A CIVIL CASE**

Padmore Holdings, LTD.; Nu Start B & R, LLC; Magnolia Funding & Consulting, LLC, also known as Magnolia Consulting & Funding, LLC,

**CASE NUMBER:**      11CV1787-DMS-MDD

        Defendants

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is granted. Plaintiff Robert Albergo is awarded the sum of $775,000 jointly and severally, against Defendants Padmore Holdings, Ltd., Magnolia Funding & Consulting, LLC aka Magnolia Consulting & Funding, LLC ("Magnolia") and Nu Start B&R, LLC; however, the principal amount of damages recoverable against Magnolia is limited to $227,500. Plaintiff is further awarded jointly and severally against Defendants $350 in costs plus prejudgment interest from August 6, 2011 through the date of entry of this Judgment. Any amount collected by Plaintiff of the $775,000 in damages awarded by the judgment entered in *Albergo v. Immunosyn Corp. et al.*, case no. 09cv2653 DMS (MDD), shall be credited against the amount due Plaintiff pursuant to this Judgment.

| August 29, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Finnell-Yepez
(By)
    Deputy Clerk
ENTERED ON August 29, 2012